FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 MAR -4  PM 4: 08

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHERI SHERIFF,  )
                )   Case Number: 8 : 07CV 00475
        Plaintiff,  )
                )
    v.          )   CONSENT TO EXERCISE
                )   OF JURISDICTION BY A
MIDWEST HEALTH PARTNERS, P.C.,  )   UNITED STATES MAGISTRATE JUDGE
a Nebraska Professional Corporation,  )   AND
and MIDWEST OB-GYN CLINIC, P.C., a)   ORDER OF REFERENCE
Nebraska Professional Corporation  )
        Defendant

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| AMY S. JORGENSEN | For SHERI SHERIFF | 2/29/08 |
|  | For | |
| DAVID A. DOMINA   Eileen Reilly Buzzello | For MIDWEST HEALTH PARTNERS, P.C., MIDWEST OB-GYN CLINIC, P.C. | |
|  | For | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____, _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

3/04/08
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03